UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WESLEY J. CRAWFORD,

      Plaintiff,

v.                                 **ORDER**
                                   Civil File No. 12-447 (MJD/JJG)

SCOTT FISHER,

      Defendant.

Wesley J. Crawford, pro se.

Steven L. Schleicher, Assistant United States Attorney, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated March 5, 2012.  [Docket No. 4.]  Plaintiff Wesley J. Crawford filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  After a review of the filings in this case and the relevant law, the Court **ADOPTS** the Report and

Recommendation of United States Magistrate Judge Graham dated March 5, 2012.  For the reasons stated in the Magistrate Judge's thorough Report and Recommendation, the Court concludes that it lacks jurisdiction in this case.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Jeanne J. Graham's Report and Recommendation dated March 5, 2012 [Docket No. 4];

2. Petitioner's application for leave to proceed in forma pauperis [Docket No. 2] is **DENIED**; and

3. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] is summarily **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 10, 2012         s/ Michael J. Davis
                              Michael J. Davis
                              Chief Judge
                              United States District Court